# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| **MARFORK COAL COMPANY, INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.: 5:11-00677 |
| **CATHERINE ANNE McDOUGAL,** *et al.*, | ) |
| **Defendants.** | ) |

### O R D E R

On February 25, 2012, Plaintiff, by counsel, Samuel M. Brock III of Spilman Thomas & Battle, PLLC, filed a Motion to Compel Discovery and Memorandum of Law in Support of its Motion to Compel. (Document Nos. 35 and 36.) On March 1, 2012, Plaintiff, by counsel, filed its Motion to Withdraw Its Motion to Compel and Supporting Memorandum of Law. (Document No. 37.)

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Withdraw (Document No. 37.) is **GRANTED** and Plaintiff's Motion to Compel (Document No. 35.) and Supporting Memorandum (Document No. 38.) are **WITHDRAWN**.

The Clerk is requested to send copy of this Order to counsel of record.

ENTER: March 1, 2012.

R. Clarke VanDervort
United States Magistrate Judge