Case 5:11-cv-00677   Document 54   Filed 06/21/12   Page 1 of 1 PageID #: 702

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

MARFORK COAL COMPANY, INC.,

    Plaintiff,

v.                         CIVIL ACTION NO. 5:11-cv-00677

CATHERINE ANNE MCDOUGAL, et al.,

    Defendants.

## ORDER OF DISMISSAL

The Court has been advised by counsel that the above-styled matter has been compromised and settled. *See* Stipulated Order Granting Permanent Injunction.

Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be **SUSPENDED**, that all pending motions be **TERMINATED AS MOOT,** and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court. Further, the Court **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

ENTER:     June 21, 2012

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA